IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCRIBNER-SNYDER COMMUNITY SCHOOLS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TRANE U.S. INC.,<br><br>　　　　　　Defendant. | 8:21CV483<br><br>ORDER ON JOINT STIPULATION TO DISMISS WITH PREJUDICE |

　　　　This case is before the Court on the parties' Joint Stipulation to Dismiss with Prejudice signed by counsel for both parties. Filing 38. The parties represent that they have entered into a full and final settlement agreement and wish to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs. The Court deems it appropriate to enter an order of dismissal. Accordingly,

　　　　IT IS ORDERED that the parties' Joint Stipulation to Dismiss with Prejudice, Filing 38, is granted and this case is dismissed with prejudice, with each party to bear its own costs.

　　　　Dated this 16th day of August, 2021.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　　United States District Judge